plaint upon the merits, with $55 costs as taxed," and, as so modified, that the judgment be affirmed, without costs. Settle order on notice.

---

COHN, Appellant, v. WAHN, Respondent. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Action by Dora Cohn against Charles Wahn. A. Freyer, for appellant. H. A. Friedman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 App. Div. 849, 117 N. Y. Supp. 633.

---

COLLIER, Respondent, v. MORNING TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, First Department. November 19, 1909.) Action by Louise A. Collier against the Morning Telegraph Company. E. W. Marlow, for appellant. I. N. Jacobson, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

PATTERSON, P. J., and CLARKE, J., dissent.

---

CONDON, Respondent, v. NEW ROCHELLE WATER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Martin J. Condon against the New Rochelle Water Company. No opinion. The question presented on this motion would better be determined on the argument of the appeal. The motion to dismiss is denied, without costs. See, also, 116 N. Y. Supp. 142.

---

CONGREGATION KEHAL ADATH JESHURUN M'YASSY v. UNIVERSAL BLDG. & CONST. CO. (Supreme Court, Appellate Division, First Department. November 24, 1909.) Action by the Congregation Kehal Adath Jeshurun M'Yassy against the Universal Building & Construction Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 119 N. Y. Supp. 72.

---

CONTINENTAL INS. CO., Respondent, v. NEW YORK GAS & ELECTRIC CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by the Continental Insurance Company against the New York Gas & Electric Company and others. H. J. Hemmens, for appellants. R. J. Donovan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 App. Div. 880, 105 N. Y. Supp. 1111.

---

CONVERY, Respondent, v. SARATOGA TRAP ROCK CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by John Convery against the Saratoga Trap Rock Company. No opinion. Judgment and order unanimously affirmed, with costs.

119 N.Y.S.—71

COOPER, Respondent, v. WISSELTHIER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Hene Cooper against Joseph Wisselthier and others. G. Lange, Jr., for appellants. J. A. Seidman, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Settle order on notice.

---

COSTELLO, Respondent, v. COSTELLO, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1909.) Action by Sarah Caroline Costello against John H. Costello. No opinion. Motion for leave to appeal to Court of Appeals granted, and questions for review certified. See, also, 118 N. Y. Supp. 1101.

---

COSTELLO, Appellant, v. UNION RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Timothy Costello, Jr., against the Union Railway Company. R. M. Moore, for appellant. B. H. Ames, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 125 App. Div. 923, 110 N. Y. Supp. 1126.

---

COTTONWOOD CREEK CO. v. KUEHNERT. SAME v. BARNES. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Actions by the Cottonwood Creek Company against Robert Kuehnert and against Hans F. Barnes. No opinions. Motions denied, on condition that appellants be ready for January term. Orders filed.

---

In re COWEN. (Supreme Court, Appellate Division, First Department. November 12, 1909.) In the matter of Sidney J. Cowen. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 130 App. Div. 365, 114 N. Y. Supp. 797.

---

COX, Respondent, v. HAY, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by John Cox against Joseph Hay.

PER CURIAM. The judgment of the Municipal Court is reversed, and a new trial ordered, costs to abide the event; it appearing to this court that the plaintiff did not establish his cause of action by that fair preponderance of evidence which the law requires.

---

CRISAFULLI v. CONEY ISLAND & B. R. CO. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Letterio Crisafulli, an infant, by his guardian ad litem, against the Coney Island & Brooklyn Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Affirmed. Claude W. Gibson, for appellant. Dyk-